# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC JACKSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| THE CITY OF BIRMINGHAM, | ) | No: 2:16-CV-01349-MHH |
| | ) | |
| DEFENDANT. | ) | |

## DEFENDANT CITY OF BIRMINGHAM'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, City of Birmingham ("COB" or "Defendant"), by and through its undersigned counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to grant partial summary judgment in its favor on Plaintiff Eric Jackson's ("Jackson" or "Plaintiff") ADA discrimination claim and Jackson's claim that COB violated USERRA by requiring him to complete his probationary period upon reemployment, on grounds that there exists no genuine issue of material fact and the undisputed facts warrant entry of judgment as a matter of law for COB.  In support thereof, COB states as follows:

1.  Jackson is not qualified individual under the ADA.

    a.  Jackson could not perform the essential functions of a Parking Enforcement Officer ("PEO") without a reasonable accommodation.

b.  Jackson has not identified a single reasonable accommodation that would enable him to perform the essential functions of a PEO.

2.  The continuance of Jackson's probationary period, which was an active training and evaluation period, did not violate Jackson's reemployment rights under USERRA.

The foregoing motion is based on the brief and evidentiary submission submitted simultaneously herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Birmingham respectfully requests its motion be granted.

Respectfully Submitted,

*/s/ Amy Jordan Wilkes*
Michael K.K. Choy (CHO001)
Michael L. Lucas (LUC004)
Amy Jordan Wilkes (JOR041)
Meghan N. Cox (NOW003)

Attorneys for the City of Birmingham

**OF COUNSEL:**
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL
Telephone: (205) 251-3000
Facsimile: (205) 458-5400
mchoy@burr.com
mlucas@burr.com
awilkes@burr.com
mcox@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather Newsom Leonard
HEATHER LEONARD, P.C.
P.O. Box 43768
Birmingham, Alabama 35243

>   */s/ Amy Jordan Wilkes*
>   OF COUNSEL